United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE and JANE ROE<br>Plaintiffs,<br><br>v.<br><br>RODNEY YSA MESQUIAS, and HENRY WAYNE MCINNIS<br>Defendants. | § § § § § § § § § § | CIVIL NO. 2:15-CV-208<br><br>Judge Nelva Gonzales Ramos |

### ORDER FOR
### DEFAULT JUDGMENT AGAINST DEFENDANT RODNEY YSA MESQUIAS

The United States has filed a Motion Request for Default Judgment against Defendant Rodney Ysa Mesquias (ECF No. 37). Defendant Mesquias has failed to defend himself in this action and default was entered on October 6, 2022. (ECF No. 36). The United States Complaint contains well plead allegations with sufficient basis in the pleadings. The United States damages are a sum certain and a sum that can be made certain by computation and are supported by trial testimony and the affidavit of a Data Analyst. Accordingly, IT IS HEREBY ORDERED:

1. The United States Motion Request for Default Judgment is GRANTED.

2. Default Judgment is entered against Defendant Mesquias in favor of the United States for treble single damages of $29,627,410 plus civil penalties of $83,840,000 for a total of **$113,467,410**.

Signed at Corpus Christi, Texas on _____11/17/22_____, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE