IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>*ex rel.* JANE DOE, and JANE ROE, §<br>      Plaintiffs, §<br>§<br>v. §<br>§<br>RODNEY YSA MESQUIAS and §<br>HENRY WAYNE MCINNIS, §<br>      Defendants. § | CIVIL NO. 2:15-CV-208<br><br>Judge Nelva Gonzales Ramos |

**ORDER**

After review and consideration of the United States Motion seeking leave of the Court to supplement its previously filed motion for summary judgment on liability (ECF No. 32), the Court GRANTS the Motion.

It is hereby the ORDERED that the United States may supplement its Motion for Summary Judgment (ECF No. 32) as requested.

Signed at Corpus Christi, Texas on _____, 2022.


_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE