United States District Court
Southern District of Texas
**ENTERED**
November 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE, and JANE ROE, <br><br>Plaintiffs, <br><br>VS. <br><br>RODNEY YSA MESQUIAS and HENRY WAYNE MCINNIS, <br><br>Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:15-CV-00208 |

## ORDER

After review and consideration of the United States Motion seeking leave of the Court to supplement its previously filed motion for summary judgment on liability (ECF No. 32), the Court GRANTS the Motion.

It is hereby there ORDERED that the United States may supplement its Motion for Summary Judgment (ECF No. 32) as requested

ORDERED on November 18, 2022.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE