IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>*ex rel.* JANE DOE, §<br> §<br>Plaintiff, §<br> §<br>v. §<br> §<br>MERIDA HEALTH CARE GROUP, §<br>*et al.*, §<br> §<br>Defendants. § | CIVIL ACTION NO. 2:15-cv-208 |

**UNITED STATES' NOTICE OF SUBSTITION OF COUNSEL**

Please take notice that Assistant United States Attorney Laura E. Collins is hereby designated as lead counsel for the United States of America in the above-captioned case. Julie Redlinger should be removed from all further notification regarding this case.

Dated: March 1, 2023.

        Respectfully submitted,

        ALAMDAR S. HAMDANI
        UNITED STATES ATTORNEY

        /s/ Laura E. Collins
        LAURA E. COLLINS
        Assistant United States Attorney
        Texas Bar No. 24081520
        S.D. Tex. ID No. 3738464
        1000 Louisiana, Suite 2300
        Houston, Texas  77002
        Telephone: (713) 567-9000
        Email: Laura.Collins@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing United States' Notice of Substitution of Counsel was served by CM/ECF on all counsel of record on this, the 1st day of March, 2023.

                                                  /s/ Laura E. Collins
                                                  LAURA E. COLLINS
                                                  Assistant United States Attorney