United States District Court
Southern District of Texas
**ENTERED**
March 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, EX REL, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:15-CV-00208 |
| MERIDA HEALTH CARE GROUP, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

All claims between Intervenor Plaintiff United States of America (Government) and Defendants Rodney Mesquias and Henry Wayne McInnis have been resolved by orders of this Court. *See* D.E. 39, 43, 47. Relators Jane Doe and Jane Roe have announced to the Court that all remaining matters brought by them are in the process of being resolved between them and the Government. They have further announced their intention to request dismissal of the remainder of this action. Therefore,

The parties are **ORDERED** to file with this Court, on or before **May 22, 2023**, appropriate dismissal documents disposing of this action. Should the parties fail to timely file such documents with this Court, they are **ORDERED** to appear before this Court on **May 24, 2023, at 9:00 a.m.** to explain why they have failed to comply with this Order. It is further

**ORDERED** that all current settings are canceled and all pending motions are denied without prejudice as mooted by the settlement announced in this cause. The Clerk is **ORDERED** to terminate all settings and motions.

**ORDERED** on March 28, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE