IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE and JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> MERIDA HEALTH CARE GROUP, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:15-cv-208 |

**JOINT MOTION TO DISMISS UNDER RULE 41
AND FOR ENTRY OF JUDGMENT UNDER RULE 58**

The United States of America and Relators Jane Doe and Jane Roe (the "Relators") (the United States and Relators collectively, the "Parties") hereby jointly move this Court to dismiss the unserved defendants under Federal Rule of Civil Procedure 41 and to enter a final judgment in favor of the United States under Federal Rule of Civil Procedure 58 (the "Joint Motion"). In support of their Joint Motion, the Parties state as follows.

**BACKGROUND AND PROCEDURAL POSTURE**

On May 8, 2015, Relators, on behalf of the United States, filed a complaint in this Court against Defendants Merida Health Care Group ("Merida"), Illumina, LLC ("Illumina"), and Rodney Mesquias, ECF No. 1.

On April 7, 2022, the United States partially intervened in this case and filed a complaint against Defendants Rodney Ysa Mesquias and Henry Wayne McInnis under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729 *et seq.*, ECF No. 23.

On August 10, 2022, the United States moved for Summary Judgment against Defendants Mesquias and McInnis on liability of its FCA claims, ECF No. 32.

On October 11, 2022, the United States moved for Default Judgment against Defendant Mesquias for his failure to appear and defend himself in this matter, ECF No. 37.

On November 17, 2022, this Court entered a Default Judgment against Defendant Mesquias in favor of the United States for treble single damages of $29,627,410 plus civil penalties of $83,840,000 for a total of $113,467,410 for his failure to appear and defend himself in this matter, ECF No. 39.

On January 18, 2023, this Court granted the United States' Motion for Summary Judgment on FCA liability against Defendant McInnis, ECF No. 43.

On February 16, 2023, the United States moved for Summary Judgment against Defendant McInnis on FCA damages, ECF No. 44.

On March 24, 2023, this Court granted the United States' Motion for Summary Judgment on FCA damages and ordered Defendant McInnis to pay the United States treble single damages in the amount of $29,627,410 and civil penalties in the amount of $83,840,000 for 3,463 FCA violations, for a total amount of $113,467,410, with such amount to be paid jointly and severally with Defendant Mesquias, ECF No. 47.

The Court has entered several Orders on liability and damages against the two individual defendants served in this matter.  Now, Relators seek to dismiss the unserved corporate defendants, and the United States seeks a final judgment in its favor against the individual defendants.

## **STATEMENT OF POINTS AND AUTHORITIES**

First, under Federal Rule of Civil Procedure 41, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Defendants

Merida and Illumina have not been served with any complaint in this matter nor have they otherwise appeared. Relators wish to abandon their claims against Merida and Illumina and ask this Court to dismiss them with prejudice.

Second, "[e]very judgment … must be set out in a separate document…" and "[a] party may request that judgment be set forth on a separate document…." FED. R. CIV. P. 58(a), (d). This Court has entered a Default Judgment against Defendant Mesquias in favor of the United States for treble single damages of $29,627,410 plus civil penalties of $83,840,000 for a total of $113,467,410 for his failure to appear and defend himself in this matter, ECF No. 39. This Court has entered Summary Judgment against Defendant McInnis in favor of the United States for treble single damages of $29,627,410 plus civil penalties of $83,840,000 for a total of $113,467,410 with such amount to be paid jointly and severally with Defendant Mesquias. ECF No. 47. Because these judgments resolve all claims against Defendants Mesquias and McInnis, the United States asks this Court to enter a final judgment for the damages ordered against the defendants.

A proposed Order, dismissing Defendants Merida and Illumina, and a proposed Final Judgment, ordering and adjudging damages in favor of the United States against Defendants Mesquias and McInnis, is filed with this Joint Motion.

## CONCLUSION

For the foregoing reasons, the Parties jointly move this Court to dismiss Defendants Merida and Illumina and enter a final judgment for damages in favor of the United States against Defendants Mesquias and McInnis.

Respectfully submitted,

| **KENDALL LAW GROUP, LLP** | **ALAMDAR S. HAMDANI**<br>**UNITED STATES ATTORNEY** |
|---|---|
| /s/ Joe Kendall<br>JOE KENDALL<br>Texas Bar No. 11260700<br>3811 Turtle Creek, Suite 1450<br>Dallas, Texas 75219<br>Telephone: (214) 744-3000<br>Facsimile: (214) 744-3015<br>Email: jkendall@kendalllawgroup.com | /s/ Laura E. Collins<br>LAURA E. COLLINS<br>Assistant United States Attorney<br>Texas Bar No. 24081520<br>S.D. Tex. ID No. 3738464<br>1000 Louisiana, Suite 2300<br>Houston, Texas  77002<br>Telephone: (713) 567-9000<br>Email: Laura.Collins@usdoj.gov |
| **THE WEISER LAW FIRM, P.C.**<br>CHRISTOPHER L. NELSON<br>4 Tower Bridge<br>200 Barr Harbor, Suite 400<br>Conshohocken, PA 19428<br>Telephone: (610) 225-2677<br>Email: cln@weiserlawfirm.com | *Attorneys for the United States of America* |
| *Attorneys for Relators* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Dismiss and for Entry of Final Judgment was served by CM/ECF on all counsel of record on this, the 4th day of May, 2023.

/s/ Joe Kendall  
JOE KENDALL

/s/ Laura E. Collins  
LAURA E. COLLINS  
Assistant United States Attorney