IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE and JANE ROE, <br><br> Plaintiff, <br><br> v. <br><br> MERIDA HEALTH CARE GROUP, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 2:15-cv-208 |

## **(PROPOSED) ORDER**

This matter is before the Court on the United States of America and Relators Jane Doe and Jane Roe's Joint Motion to Dismiss under Federal Rule of Civil Procedure 41 and for Entry of Final Judgment under Federal Rule of Civil Procedure 58. Upon consideration of the Joint Motion, it is due to be granted, and the Court orders as follows:

**IT IS ORDERED** that Defendant Merida Health Care Group and Defendant Illumina, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Final Judgment in favor of the United States will follow the entry of this Order.

**SO ORDERED** this \_\_\_\_ day of May, 2023.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE