IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE and JANE ROE, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:15-cv-208 |
| v. | § § | |
| MERIDA HEALTH CARE GROUP, *et al.*, | § § § § | |
| Defendants. | § § | |

## (PROPOSED) FINAL JUDGMENT

For the reasons set forth in the Court's November 17, 2022 and March 24, 2023 Orders, **IT IS ORDERED AND ADJUDGED** that Defendant Henry Wayne McInnis and Defendant Rodney Ysa Mesquias are hereby ordered to pay the United States treble single damages in the amount of $29,627,410 and civil penalties in the amount of $83,840,000 for 3,463 False Claims Act, 31 U.S.C. §§ 3729 *et seq.*, violations, for a total amount of $113,467,410, with such amount to be paid jointly and severally.

**SO ORDERED** this _____ day of May, 2023.

_____
**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**