United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE and JANE ROE, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:15-cv-208 |
| v. | § § | |
| MERIDA HEALTH CARE GROUP, *et al.*, | § § § § | |
| Defendants. | § § | |

## ORDER

This matter is before the Court on the United States of America and Relators Jane Doe and Jane Roe's Joint Motion to Dismiss under Federal Rule of Civil Procedure 41 and for Entry of Final Judgment under Federal Rule of Civil Procedure 58. Upon consideration of the Joint Motion, it is due to be granted, and the Court orders as follows:

**IT IS ORDERED** that Defendant Merida Health Care Group and Defendant Illumina, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Final Judgment in favor of the United States will follow the entry of this Order.

**SO ORDERED** this 8th day of May, 2023.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE