United States District Court
Southern District of Texas

**ENTERED**

May 08, 2023

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* JANE DOE and JANE ROE, | § | |
| | § | CIVIL ACTION NO. 2:15-cv-208 |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MERIDA HEALTH CARE GROUP, | § | |
| *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

For the reasons set forth in the Court's November 17, 2022 and March 24, 2023 Orders,

**IT IS ORDERED AND ADJUDGED** that Defendant Henry Wayne McInnis and Defendant

Rodney Ysa Mesquias are hereby ordered to pay the United States treble single damages in the

amount of $29,627,410 and civil penalties in the amount of $83,840,000 for 3,463 False Claims

Act, 31 U.S.C. §§ 3729 *et seq.*, violations, for a total amount of $113,467,410, with such amount

to be paid jointly and severally.

**SO ORDERED** this _____ day of May, 2023.


NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE